IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANE DOE, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:17CV5010 |
| | ) | |
| v. | ) | |
| | ) | |
| SCOTTSBLUFF PUBLIC | ) | ORDER |
| SCHOOLS DISTRICT NO. 32, | ) | |
| SCOTT'S BLUFF COUNTRY | ) | |
| CLUB, and MICHAEL KLEIN, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

I note that the Perry, Guthery, Haase & Gessford, P.C., L.L.O. law firm has entered an appearance on behalf of Defendant Scottsbluff Public Schools District No. 32. That firm represents my wife and I in estate matters. Therefore,

IT IS ORDERED that I recuse myself from this case and request that this matter be reassigned to another district judge.

DATED this 20th day of December, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge