IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF PUBLIC SCHOOLS DISTRICT NO. 32, SCOTT'S BLUFF COUNTRY CLUB, and MICHAEL KLEIN,<br><br>Defendants. | 4:17CV5010<br><br>**ORDER** |

A telephone conference regarding a discovery dispute was held on July 13, 2018. Following discussion at the conference,

**IT IS ORDERED** as follows:

1. Plaintiff will prepare a proposed order regarding the FERPA issues as discussed at the telephone conference. Plaintiff shall confer with Defendant in preparing this order. The proposed order shall be submitted to the Court via email at bazis@ned.uscourts.gov.

2. Defendant shall answer interrogatories and produce documents which relate to S.P., as well as other complaints, reports or investigations involving Defendant Michael Klein ("Klein") from January 1, 2003 to the present date.

3. The definition of "School District" as used in Plaintiff's discovery requests is limited to the high school in which Klein worked, including that high school's governing body/school board.

4. Defendant shall answer the interrogatories and document production requests which have previously been put forward by Plaintiff in accordance with the provisions of this Order and the discussion during the telephone conference. Defendant shall supplement its

responses to these discovery requests by August 24, 2018. In the event Plaintiff wants to serve additional interrogatories, she shall file a written motion with the Court, explaining why additional interrogatories are necessary.

Dated this 16th day of July, 2018.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge