IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SCOTTSBLUFF PUBLIC SCHOOLS DISTRICT NO. 32, et al.,<br><br>　　　　　Defendants. | 4:17-CV-5010<br><br>JUDGMENT |

　　　Pursuant to the accompanying Order, judgment is entered in accordance with Fed. R. Civ. P. 58(a).

　　　Dated this 1st day of July, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge
