

Rebekah Badell
rbadell@gravesgarrett.com
Direct Dial: (816) 285-3047
Facsimile: (816) 256-5958

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2019 JUL -5 PM 3:33

OFFICE OF THE CLERK

July 2, 2019

**Via U.S. Mail**
Clerk of the Court
Roman L. Hruska Federal Courthouse
111 South 18th Plaza
Suite 1152
Omaha, NE 68102

Re:   Case Nos. 17-cv-05010 and S-19-000143

Dear Clerk,

Enclosed please find a courtesy copy of the Stipulation of Dismissal of Certified Question that was electronically filed Monday, July 1, 2019 with the Nebraska Supreme Court.

Sincerely,

Rebekah Badell
Paralegal

Encl.

RECEIVED

JUL 5 2019

CLERK
U.S. DISTRICT COURT

## IN THE SUPREME COURT OF NEBRASKA

| | |
|---|---|
| JANE DOE, )<br>)<br>Plaintiff/Appellant, )<br>)<br>v. )<br>)<br>SCOTTSBLUFF PUBLIC SCHOOLS )<br>DISTRICT NO. 32, )<br>)<br>Defendant/Appellee. )<br>_____ ) | Case No. S-19-000143 |

### STIPULATION OF DISMISSAL OF CERTIFIED QUESTION

Comes now Plaintiff-Appellant Jane Doe and Scottsbluff Public Schools District No. 32 and Defendant-Appellee Scottsbluff Public Schools District No. 32 and hereby submits the following stipulation of dismissal of the certified question pursuant to Neb. Ct. R. App. P. § 2-108(E). Jane Doe and Defendant-Appellee Scottsbluff Public Schools District No. 32 have entered into a settlement that fully and finally resolves Jane Doe's claims against the School District. Accordingly, the issues raised by the certified question to this Court are moot.



RECEIVED
JUL 5 2019
CLERK
U.S. DISTRICT COURT

Submitted by:

| | |
|---|---|
| **GRAVES GARRETT LLC**<br>Kathleen Fisher, MO. Bar No. 57737<br>Dane C. Martin, MO. Bar No. 63997<br>1100 Main Street, Suite 2700<br>Kansas City, MO 54105<br>(816) 256-3181<br>*Application for Pro Hac Vice*<br>*Admission Pending* | **REHM, BENNETT, MOORE, REHM &**<br>**OCKANDER**<br>/s/ *Jon Rehm*<br>Jon Rehm, NE Bar No. 23097<br>3701 Union Drive, Ste. 200<br>Lincoln, Nebraska<br>(402) 420-1400 |

Attorneys for Plaintiff-Appellant Jane Doe

**PERRY, GUTHERY, HAASE, & GESSFORD, P.C., L.L.O**
/s/ *Derek A. Aldridge*
Rex. R. Schultze #16653
Joshua J. Schauer #22474
Derek A. Aldridge #23541
Haleigh B. Carlson #26306
233 South 13th Street, Ste 1400
Lincoln, NE 68508
(402) 476-9200

Attorneys for Defendant-Appellee School District